1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )   No. 07-07-0627 PJH
15                                     )
            Plaintiff,                 )
16                                     )   STIPULATION AND ORDER
        v.                             )   RESCHEDULING CASE MANAGEMENT
17                                     )   CONFERENCE TO MAY 24, 2007
   APPROXIMATELY $26,630 IN            )
18 UNITED STATES CURRENCY AND          )
   APPROXIMATELY $3,723 IN             )
19 UNITED STATES CURRENCY,             )
                                       )
20          Defendants.                )
                                       )
21 _____)
                                       )
   GREGORY WEISS AND TIARE WEISS       )
22                                     )
            Claimants.                 )
23 _____)

24

25     The parties agree, subject to the Court's approval, that the case management conference

26 scheduled for May 10, 2007 at 2:30 p.m. be rescheduled for May 24, 2007 at 2:30 p.m. Counsel

27 for the United States requested the rescheduling because of the press of business involving other

28 court deadlines during this week, including preparation of a complicated brief due on May 3,

1  2007, and because counsel for the United States has a conflict with another court hearing on
2  May 10 before the Honorable Martin J. Jenkins. Counsel for claimant has no objection to the
3  rescheduling.

5  IT IS SO STIPULATED:

    SCOTT N. SCHOOLS
    United States Attorney

7  Dated: May 1, 2007

    PATRICIA J. KENNEY
    Assistant United States Attorney

10     LAW OFFICES OF ANN C. MOORMAN

11 Dated: May 1, 2007

    ANN C. MOORMAN
    Attorney for Claimants
    Gregory Weiss and Tiare Weiss

15 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____
16 DAY OF __May 3____, 2007.

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip & Order Re Rescheduling CMC
No. 07-0627 PJH                     2