**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8      IN THE UNITED STATES DISTRICT COURT
9
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                    No. C-07-0627 MEJ
12              Plaintiff,
                                                 **NOTICE OF REFERRAL**
13     vs.
14  APPROXIMATELY $26,630 IN UNITED
    STATES CURRENCY AND
15  APPROXIMATELY $3,723 IN UNITED
    STATES CURRENCY,
16
17              Defendant(s).                 /
18  GREGORY WEISS AND TIARE WEISS,
19              Claimants.                    /
20
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21
           Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena
22
    James for all purposes including trial and entry of judgment.  All future filings shall reflect the
23
    initials "MEJ" after the case number, as designated above.  Please conform your filings  accordingly.
24
    The Northern District of California Revised Civil Local Rules shall apply to this case.  Copies of
25
    these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate
26
    Avenue, San Francisco, California.  The parties shall comply with Judge James' standing order
27
    regarding discovery and dispute procedures, a copy of which may be obtained from the Northern
28

District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

Finally, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: April 17, 2008



MARIA-ELENA JAMES
United States Magistrate Judge

2