JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $26,630 IN UNITED STATES CURRENCY AND APPROXIMATELY $3,723 IN UNITED STATES CURRENCY,<br><br>    Defendants.<br><br>GREGORY WEISS AND TIARE WEISS,<br><br>    Claimants. | No. C 07-0627 MEJ<br><br>STIPULATION AND ORDER STAYING THE INSTANT ACTION |

    The parties agree, subject to the Court's approval, that the instant civil forfeiture case be stayed, pursuant to 18 U.S.C. § 981(g), pending resolution of a related state criminal case in which claimant Gregory WEISS is a defendant. The complaint for forfeiture filed in this action involves events that occurred on or about July 26, 2006. *See* Complaint for Forfeiture, filed January 30, 2007. Based on the same events occurring on or about July 26, 2006, WEISS, and

1  others, have been charged based on events occurring on or about July 26, 2006, with violations of
2  the California Health and Safety Code Sections 11359 (possession for purpose of sale
3  marijuana), 11358 (cultivation of marijuana), 11378 (possession for sale methamphetamine), and
4  11358 (conspiring to cultivate marijuana). *People v. Gregory Allen Weiss, et al.,* SCR-492592
5  (Sup. Ct., Sonoma County).

   The undersigned counsel for WEISS agrees to notify, within a reasonable period not to exceed 30 days, the Court and counsel for the United States when the criminal case has been resolved at the trial court level.

IT IS SO STIPULATED:         JOSEPH P. RUSSONIELLO
                             United States Attorney

Dated: April _2_, 2008       _____
                             PATRICIA J. KENNEY
                             Assistant United States Attorney


                             LAW OFFICES OF ANN C. MOORMAN

Dated: April ___, 2008       _____
                             ANN C. MOORMAN
                             Attorney for Claimants
                             Gregory Weiss and Tiare Weiss


IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____ DAY OF _____, 2008.

                             _____
                             HONORABLE MARIA ELENA JAMES
                             United States Magistrate Judge

JCMS
No. C 07-0627 PJH                        2

1  others, have been charged based on events occurring on or about July 26, 2006, with violations of
2  the California Health and Safety Code Sections 11359 (possession for purpose of sale marijuana),
3  11358 (cultivation of marijuana), 11378 (possession for sale methamphetamine), and 11358
4  (conspiring to cultivate marijuana). *People v. Gregory Allen Weiss, et al.*, SCR-492592 (Sup. Ct.,
5  Sonoma County).

6      The undersigned counsel for WEISS agrees to notify, within a reasonable period not to
7  exceed 30 days, the Court and counsel for the United States when the criminal case has been
8  resolved at the trial court level.

10  IT IS SO STIPULATED:   JOSEPH P. RUSSONIELLO
                          United States Attorney

12  Dated: April 2, 2008
                          _____
13                        PATRICIA J. KENNEY
                          Assistant United States Attorney

16                        LAW OFFICES OF ANN C. MOORMAN

17  Dated: April 3, 2008  _____
18                        ANN C. MOORMAN
                          Attorney for Claimants
19                        Gregory Weiss and Tiare Weiss

20  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 17th
21  DAY OF April, 2008.

23                        _____
24                        HONORABLE MARIA-ELENA JAMES
                          United States Magistrate Judge

*IT IS SO ORDERED — Judge Maria-Elena James*

JCMS
No. C 07-0627 PJH                          2