1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )
14                                       )        No. C 07-0627 MEJ
                   Plaintiff,            )
15                                       )
              v.                         )        STIPULATION OF DISMISSAL
16                                       )
   APPROXIMATELY $26,630 IN              )
17 UNITED STATES CURRENCY AND            )
   APPROXIMATELY $3,723 IN               )
18 UNITED STATES CURRENCY,               )
                                         )
19                 Defendants.           )
   _____)
20                                       )
   GREGORY WEISS AND TIARE WEISS,        )
21                                       )
                   Claimants.            )
22 _____)

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties agree, subject to the

2  Court's approval, that the instant action shall be, and hereby is, dismissed, with each party to bear

3  its own costs and attorneys' fees.  Defendants $26,630 in United States Currency and $3,723 in

4  United States Currency shall be returned to claimants with accrued interest.

5

6  IT IS SO STIPULATED:                    JOSEPH P. RUSONIELLO
                                           United States Attorney
7

8  Dated: April 30, 2009
                                           PATRICIA J. KENNEY
9                                          Assistant United States Attorney

10

11
                                           LAW OFFICES OF ANN C. MOORMAN
12

13 Dated: April ___, 2009                  _____
                                           ANN C. MOORMAN
14                                         Attorney for Claimants
                                           Gregory Weiss and Tiare Weiss
15

16
   IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____
17
   DAY OF  May 18        , 2009.
18

19
                                           _____
                                           HONORABLE MARIA-ELENA JAMES
20                                         United States Magistrate Judge

21

22

23

24

25

26

27

28

Stipulated Order of Dismissal
No. C 07-0627 PJH                          2

1            Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties agree, subject to the

2    Court's approval, that the instant action shall be, and hereby is, dismissed, with each party to bear

3    its own costs and attorneys' fees.  Defendants $26,630 in United States Currency and $3,723 in

4    United States Currency shall be returned to claimants with accrued interest.

5

6    IT IS SO STIPULATED:          JOSEPH P. RUSONIELLO
                                     United States Attorney

7

8    Dated: April ___, 2009
                                   _____

9                                     PATRICIA J. KENNEY
                                 Assistant United States Attorney

10

11

12                                    LAW OFFICES OF ANN C. MOORMAN

13   Dated: April 30, 2009

14                                    ANN C. MOORMAN
                                 Attorney for Claimants

15                                    Gregory Weiss and Tiare Weiss

16
    IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____

17   DAY OF _____, 2009.

18

19

20                                    HONORABLE MARIA-ELENA JAMES
                                 United States Magistrate Judge

21

22

23

24

25

26

27

28

Stipulated Order of Dismissal
No. C 07-0627 PJH                      2